**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> LEO'S HAULING, INC., an Illinois corporation, JUAN CARLOS HERNANDEZ, Individually. <br><br> Defendants. | Case No.: 24 C 7023 <br><br> Judge Joan B. Gottschall <br><br> Magistrate Judge Sheila M. Finnegan |

**DISMISSAL WITHOUT PREJUDICE OF CITATION TO DISCOVER ASSETS**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and hereby dismisses without prejudice the Citation to Discover Assets of:

1. BMO Financial Group filed on May 20, 2025 and served on May 21, 2025.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: December 9, 2025