IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>LEO'S HAULING, INC.,<br>an Illinois corporation,<br>JUAN CARLOS HERNANDEZ, Individually.<br><br>        Defendants. | Case No.: 24 C 7023<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Sheila M. Finnegan |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Todd Miller
        Kathleen Cahill
        Allocco, Miller & Cahill, P.C.
        20 N. Wacker Drive, Suite 3517
        Chicago, Illinois 60606

        Ms. Erin Hoffman
        Legal Specialist
        US Lending & Deposit Operations – Garnishments Group
        BMO Financial Group
        1200 E. Warrenville Road
        Naperville, Illinois 60563

        PLEASE TAKE NOTICE that on December 9, 2025, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

    1.    Dismissal Without Prejudice of Citation to Discover Assets
           of BMO Financial Group

a copy of which is attached hereto and served upon you.

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS WELFARE AND
                              PENSION FUNDS, Plaintiffs

                              s/John J. Toomey
                              ARNOLD AND KADJAN, LLP
                              35 E. Wacker Drive, Suite 600
                              Chicago, IL 60601
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: December 9, 2025

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on December 9, 225, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

  Ms. Erin Hoffman
  Legal Specialist
  US Lending & Deposit Operations – Garnishments Group
  BMO Financial Group
  1200 E. Warrenville Road
  Naperville, Illinois  60563

          s/John J. Toomey
          ARNOLD AND KADJAN, LLP
          35 E. Wacker Drive, Suite 600
          Chicago, IL 60601
          Telephone No.:  (312) 236-0415
          Facsimile No.:   (312) 341-0438
          Dated:  December 9, 2025