**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) )<br>)<br>) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 24 C 7023<br>)<br>) Judge Joan B. Gottschall<br>) |
| LEO'S HAULING, INC., an Illinois corporation, JUAN CARLOS HERNANDEZ, Individually, | )<br>)<br>) Magistrate Judge. Finnegan<br>) |
| Defendants. | ) |

<u>JOINT MOTION TO STRIKE</u>

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorney, John J. Toomey of Arnold and Kadjan, LLP, and Defendants, LEO'S HAULING, INC., an Illinois corporation and JUAN CARLSON HERNANDEZ, Individually, by its attorneys, Todd Miller and Kathleen Cahill of Allocco, Miller & Cahill, P.C., and pursuant to this Court's December 10, 2025 and December 22, 2025 Minute Entries state as follows.

1.      On April 16, 2025 the parties filed an Agreed Motion for Entry of Agreed Order of Judgment (Docket #31) and Agreed Order of Judgment Against Leo's Hauling, Inc. (Docket #31-1).

2.      On April 17, 2025 a Minute Order was entered "that all other claims and parties having been dismissed voluntarily (29) with prejudice, the parties' agreed motion (31) for entry of judgment against Defendant Leo's Hauling, Inc., is granted.  Enter agreed judgment.  Civil case terminated."  (Docket #33).

3.      Leo's Hauling, Inc. filed for Chapter 7 bankruptcy on July 14, 2025 and was discharged on August 29, 2025.

4.     On December 9, 2025, pursuant to the request of BMO Financial Group, Plaintiffs filed a Dismissal Without Prejudice of Citation to Discover Assets against BMO Financial Group.  (Docket #47).

5.     On December 10, 2025 a Minute Order was entered requiring the parties to file a status report by February 11, 2026 (Docket #49).

6.     On December 22, 2025 a Minute Order (Docket #50) was entered requiring the parties to file a Motion on the Docket requesting that this Court strike the Joint Status Report due on February 11, 2026 as the civil case has been terminated.

WHEREFORE, Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorney, John J. Toomey of Arnold and Kadjan, LLP, and Defendants, LEO'S HAULING, INC., an Illinois corporation and JUAN CARLSON HERNANDEZ, Individually, by its attorneys, Todd Miller and Kathleen Cahill of Allocco, Miller & Cahill, P.C., strike the Joint Status Report due on February 11, 2026 as the civil case has been terminated.

Respectfully submitted,

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, Plaintiffs | LEO'S HAULING, INC., an Illinois corporation and Juan Carlos Hernandez, Defendant |
| John J. Toomey | Todd Miller |
| ARNOLD AND KADJAN, LLP | Kathleen Cahill |
| 35 E. Wacker Drive, Suite 600 | Allocco, Miller & Cahill, P.C. |
| Chicago, Illinois 60601 | 20 N. Wacker Drive, Suite 3517 |
| (312) 236-0415 | Chicago, Illinois 60606 |
| | 312-675-4325 |