IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>         Plaintiffs,<br><br>v.<br><br>LEO'S HAULING, INC.,<br>an Illinois corporation,<br>JUAN CARLOS HERNANDEZ, Individually.<br><br>         Defendants. | Case No.: 24 C 7023<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Sheila M. Finnegan |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Todd Miller
         Kathleen Cahill
         Allocco, Miller & Cahill, P.C.
         20 N. Wacker Drive, Suite 3517
         Chicago, Illinois 60606

      PLEASE TAKE NOTICE that on December 30, 2025, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

      1.    Joint Motion to Strike

a copy of which is attached hereto and served upon you.

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS WELFARE AND
                              PENSION FUNDS, Plaintiffs

                              s/John J. Toomey
                              ARNOLD AND KADJAN, LLP
                              35 E. Wacker Drive, Suite 600
                              Chicago, IL 60601
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: December 30, 2025

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 9, 225, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF.

                                        s/John J. Toomey  
                                        ARNOLD AND KADJAN, LLP  
                                        35 E. Wacker Drive, Suite 600  
                                        Chicago, IL 60601  
                                        Telephone No.:  (312) 236-0415  
                                        Facsimile No.:  (312) 341-0438  
                                        Dated:  December 30, 2025