## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Suburban Teamsters of Northern Illinois
Welfare and Pension Funds

                                                    Plaintiff,

v.                                                              Case No.:
                                                                1:24−cv−07023
                                                                Honorable Joan B.
                                                                Gottschall

Leo's Hauling, Inc., an Illinois corporation, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 31, 2025:

         MINUTE entry before the Honorable Joan B. Gottschall: The parties' Joint Motion
to Strike [51] the status report deadline of February 11, 2026 is granted as the civil case
has been terminated. The Joint Status Report deadline of February 11, 2026 [49] is
stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.